UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOTOWN RECORD COMPANY, L.P., a
California limited partnership, et al.,                    :

                                                          :     Civil Action No. 05CV484 (DGT)(RML)

                                      Plaintiffs,         :     **NOTICE OF DISMISSAL**   FILED

          -against-                                       :     File Electronically    IN CLERK'S OFFICE
                                                                                 U.S. DISTRICT COURT E.D.N.Y.
KELLY DIPAOLA,                                            :              ★   AUG 17, 2005   ★

                                      Defendant.          :
------------------------------------------------------------x                              P.M. _____
                                                                                    TIME A.M. _____

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily

dismiss this action without prejudice, each party to bear its own costs and attorneys' fees.


Dated: New York, New York
          August 4, 2005

                                        By:  _____
                                             J. Christopher Jensen (JJ 1864)
                                             Jason D. Sanders (JS 2219)
                                             Maryann Penney (MP-0741)
                                        COWAN, LIEBOWITZ & LATMAN, P.C.
                                        Attorneys for Plaintiffs
                                        1133 Avenue of the Americas
                                        New York, New York 10036-6799
                                        (212) 790-9200


So Ordered:

  s/David G. Trager          8/8/05
U.S.D.J.